IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 23-1377-CFC |
| | ) |
| LOUIS DEJOY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

AT WILMINGTON, on this 10th day of November 2025, having reviewed Plaintiff Elizabeth Sullivan's *pro se* motion for leave to file third amended complaint (D.I. 24),

WHEREAS Plaintiff argues that equitable tolling applies in this case because Plaintiff did not know that an allegedly falsified SF-50 form had been placed in her employee file upon termination until an Equal Employment Opportunity Commission (EEOC) investigation was completed on October 5, 2023 (*see id.* at 3);

WHEREAS, assuming, without finding, Plaintiff's allegations regarding the falsified SF-50 form to be true, without more, these allegations do not suggest that Plaintiff was discharged, or otherwise discriminated against, because of her "race, color, religion, sex, or national origin," 42 U.S.C. § 2000e-2(a)(1), as is required to state a Title VII claim;

WHEREAS, additionally, Plaintiff nowhere alleges that she subsequently exhausted administrative remedies regarding any Title VII claim related to the allegedly falsified SF-50 form;

WHEREAS, as this Court has previously stated, "federal employees must exhaust Title VII administrative remedies before filing suit against a federal employer," *Freed v. Consol. Rail Corp.*, 201 F.3d 188, 192 (3d Cir. 2000); and

WHEREAS Plaintiff has been granted multiple opportunities to cure deficiencies in her employment discrimination claims, and to date, no pleading has stated a claim that passes screening;

THEREFORE, it is HEREBY ORDERED that Plaintiff's motion for leave to file a third amended complaint (D.I. 24) is **GRANTED** in that this Court accepts Plaintiff's third amended complaint as the operative pleading in this case;

It is FURTHER ORDERED that the third amended complaint (D.I. 24) is **DISMISSED with prejudice** for failure to state a claim upon which this Court may grant relief; and

It is FINALLY ORDERED this the Clerk of Court is directed to **CLOSE** this case.

_____
Chief Judge